Patrick H. Hicks, Esq.
Bar No. 4632
Amy L. Thompson, Esq.
Nevada Bar No. 11907
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
Email:   phicks@littler.com
            athompson@littler.com

Attorneys for Defendants
LUCKY BEAVER, LLC, LUCKY BEAVER RENO, LLC, MAVERICK AVIATION LLC, PATRICK FARRAH and MICHAEL LEEPER

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY SARGENT, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LUCKY BEAVER, LLC, LUCKY BEAVER RENO, LLC, MAVERICK AVIATION LLC, PATRICK FARRAH, MICHAEL LEEPER, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:25-cv-00706-CLB<br><br>**ORDER GRANTING MOTION TO REMOVE COUNSEL KARYN M. TAYLOR FROM THE CM/ECF SERVICE LIST** |

Defendants, LUCKY BEAVER, LLC, LUCKY BEAVER RENO, LLC, MAVERICK AVIATION LLC, PATRICK FARRAH and MICHAEL LEEPER, (collectively referred to as "Defendants") hereby move this Court for an Order removing Karyn M. Taylor, Esq. from the electronic service list for this case.

/ / /

/ / /

/ / /

Ms. Taylor is no longer participating in this litigation and therefore, no longer represents LUCKY BEAVER, LLC, LUCKY BEAVER RENO, LLC, MAVERICK AVIATION LLC, PATRICK FARRAH and MICHAEL LEEPER in this matter. As such, Karyn M. Taylor, Esq., is no longer involved in the outcome of this case, and Defendants respectfully request that this Court grant an Order removing her from the electronic service list for this case.

Dated:  December 16, 2025

LITTLER MENDELSON, P.C.

*/s/ Amy L. Thompson, Esq.*
Patrick H. Hicks, Esq.
Amy L. Thompson, Esq.

Attorneys for Defendants
LUCKY BEAVER, LLC, LUCKY BEAVER RENO, LLC, MAVERICK AVIATION LLC, PATRICK FARRAH and MICHAEL LEEPER

**IT IS SO ORDERED.**

**DATED:**  December 17, 2025

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800