Tony Roberts (SBN 15804)
T@legendarylaw.com
3684 Jewell Street
San Diego, California 92109
Telephone: (989) 853-4363

Attorney for Plaintiff Tiffany Sargent

Jepsen Law, PLLC
Kendra Jepsen (SBN 14065)
Kendra@jepsenlawnv.com
405 Marsh Avenue
Reno, Nevada 89509
Telephone: (775) 376-7070

Designated Attorney of Service for Plaintiff

Patrick H. Hicks, Esq. (SBN 4632)
Amy L. Thompson, Esq. (SBN 11907)
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue Suite 200
Las Vegas, Nevada 89113.4770
Telephone:      702.862.8800
Facsimile:      702.862.8811
Email:          phicks@littler.com
                athompson@littler.com

Attorneys for Defendants
Lucky Beaver, LLC, Lucky Beaver
Reno, LLC, Maverick Aviation LLC,
Patrick Farrah, and Micheal Leeper

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY SARGENT, an individual, | Case No.: 3:25-CV-00706-CLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO DISMISS DEFENDANT MAVERICK AVIATION LLC WITHOUT PREJUDICE** |
| LUCKY BEAVER, LLC, LUCKY BEAVER RENO, LLC, MAVERICK AVIATION LLC, PATRICK FARRAH, MICHAEL LEEPER, and DOES 1 through 10, inclusive, | [ECF No. 27] |
| Defendants. | |

1

STIPULATION TO DISMISS DEFENDANT MAVERICK AVAIATION LLC WITHOUT PREJUDICE

Plaintiff Tiffany Sargent ("Plaintiff") and Defendants Lucky Beaver, LLC, Lucky Beaver Reno, LLC, Maverick Aviation LLC, Patrick Farrah, and Michael Leeper ("Defendants") (collectively, the "Parties"), through their counsel, agree and stipulate as follows:

1.    On October 30, 2025, Plaintiff filed a complaint in this matter, *Sargent v. Lucky Beaver, LLC et al.,* in the Second Judicial District Court in and for Washoe County, Nevada, Case No. CV25-02611 ("State Action"), naming Defendants.

2.    On December 4, 2025, Defendants removed the State Action to the United States District Court for the District of Nevada, Case No. 3:25-cv-00706 ("Federal Action") (the State and Federal Actions are collectively the "Action"). Defendants appeared and filed an answer.

3.    A representative of Maverick Aviation LLC has now furnished a declaration stating, among other things, that Maverick Aviation LLC was not Plaintiff's employer. In reliance on that representation, Plaintiff will dismiss Maverick Aviation LLC as a party to the Action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

NOW THEREFORE:

The Parties stipulate and agree that Maverick Aviation LLC is dismissed as to all claims without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This Stipulation dismisses only Maverick Aviation LLC. All claims against Lucky Beaver, LLC, Lucky Beaver Reno, LLC, Patrick Farrah, and Michael Leeper remain pending. Each side shall bear its own attorneys' fees and costs as to Maverick Aviation LLC only, and neither Plaintiff nor Maverick Aviation LLC shall be deemed a prevailing party as between Plaintiff and Maverick Aviation LLC.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: February 18, 2026
By:*/s/ Tony Roberts*
Tony Roberts, Esq.

Attorney for Plaintiff Tiffany Sargent

**IT IS SO ORDERED.**

**DATED:** February 19, 2026

Respectfully submitted,

Dated: February 18, 2026

LITTLER MENDELSON, P.C.
By:*/s/ Amy L. Thompson*
Patrick H. Hicks, Esq.
Amy L. Thompson, Esq.

Attorneys for Defendants Lucky Beaver, LLC, Lucky Beaver Reno, LLC, Maverick Aviation LLC, Patrick Farrah, and Michael Leeper

2

UNITED STATES MAGISTRATE JUDGE