Patrick H. Hicks, Esq.
Nevada Bar No. 4632
Amy L. Thompson, Esq.
Nevada Bar No. 11907
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Facsimile:   702.862.8811
Email:       phicks@littler.com
             athompson@littler.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY SARGENT, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>LUCKY BEAVER, LLC, LUCKY BEAVER RENO, LLC, MAVERICK AVIATION LLC, PATRICK FARRAH, MICHAEL LEEPER, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 3:25-cv-00706-CLB<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, TIFFANY SARGENT ("Plaintiff"), and Defendants, LUCKY BEAVER, LLC, LUCKY BEAVER RENO, LLC, PATRICK FARRAH and MICHAEL LEEPER ("Defendants") (collectively herein the "Parties"), hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice.

The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this Stipulation.

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV
89113.4770
702.862.8800

Each Party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: May 19, 2026

Dated: May 19, 2026

LITTLER MENDELSON, P.C.

/s/ Tony Roberts, Esq.
Tony Roberts, Esq.

/s/ Amy L. Thompson, Esq.
Patrick H. Hicks, Esq.
Amy L. Thompson, Esq.

Attorney for Plaintiff

Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: May 19, 2026.

UNITED STATES MAGISTRATE JUDGE

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV
89113.4770
702.862.8800

4908-2168-3628 / 128853.1006